THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY E. PFLUG, Appellant.— Judgment of conviction of the County Court of Nassau county reversed upon the law and the facts, and new trial ordered because of improper remarks prejudicial to defendant at folios 225, 231, 381 and 679, and improper

questions asked by the district attorney at folios 667, 668, 669, 672 and 679. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.